[No. 4401–7–III. Division Three. April 13, 1982.]

RONALD APPLEBY, *Respondent,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–2–01070–8, Blaine Hopp, Jr., J.,

entered January 23, 1981. *Reversed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Roe, J.